**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

VINCENT LORINO,

                Petitioner

                v.

WORKERS' COMPENSATION APPEAL
BOARD (COMMONWEALTH OF
PENNSYLVANIA),

                Respondents

: No. 427 EAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2021, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether Commonwealth Court's decision on this question of first impression should be reversed for violating the separation of powers doctrine, since it improperly exercised legislative power by replacing the word "may" with the word "shall" in Section 440 of the Workers' Compensation Act; its [o]pinion even states, ". . . despite the General Assembly's use of the word 'may,' this [c]ourt has always . . ." required an unreasonable contest before assessing attorney's fees against an insurer?

The Application of *Amicus Curiae* Pennsylvania Association of Justice for Leave to File Statement Supporting the Allowance of Appeal of Petitioner/Claimant, Vincent Lorino is **GRANTED**.